Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH and PIGOTT.

---

In the Matter of ISABELITA GONZALEZ, Appellant, et al., Petitioner, v DIVISION OF HOUSING AND COMMUNITY RENEWAL OF THE STATE OF NEW YORK et al., Respondents.

Submitted November 19, 2012; decided January 15, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

---

In the Matter of ISABELITA GONZALEZ, Petitioner, and EMADELIN OMAR, Appellant, v DIVISION OF HOUSING AND COMMUNITY RENEWAL OF THE STATE OF NEW YORK et al., Respondents.

Submitted December 24, 2012; decided January 15, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

---

JANE HAUCK et al., Appellants, v LILLIAN LOMBARDO, Respondent, et al., Defendant.

Submitted December 3, 2012; decided January 15, 2013